Chris Kitchel, OSB No. 812123
ckitchel@stoel.com
Marc E  Alifanz, OSB No. 071868
mealifanz@stoel.com
Ryan S. Gibson, OSB No. 073873
rsgibson@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

      Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JEAN CLAIR MARKELL**, | Civil No. 08-CV-752-PK |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| **KAISER FOUNDATION HEALTH, PLAN OF THE NORTHWEST**, an Oregon corporation, | |
| Defendant. | |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Page 1  -  **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Kaiser Foundation Health Plan of the Northwest states that Kaiser Foundation Health Plan of the Northwest is an affiliate of Kaiser Foundation Health Plan, Inc., and has no stock.

DATED:  August 15, 2008.

STOEL RIVES LLP

_/s/ Marc Alifanz_____
Chris Kitchel, OSB No. 812123
ckitchel@stoel.com
Marc E. Alifanz, OSB No. 071868
mealifanz@stoel.com
Ryan S. Gibson, OSB No. 073873
rsgibson@stoel.com

Attorneys for Defendant

Portlnd3-1634857.1 0039460-00466