FILED'09 FEB 27 14:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEAN CLAIRE MARKELL,

        Plaintiff,

v.

KAISER FOUNDATION HEALTH
PLAN OF THE NORTHWEST,

        Defendant.

Civil No. 08-752-PK

ORDER

MARSH, Judge.

Magistrate Judge Paul Papak filed his Findings and Recommendation on February 10, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See

1 - ORDER

§636(b)(1)(C); <u>Simpson v. Lear Astronics Corp.</u>, 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation #30. Defendant's motion (#14) for summary judgment is DENIED.

IT IS SO ORDERED.

DATED this  27  day of February, 2009,

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER